## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In re:                                    )
Jason Ray Giselbach                       )    Case No. 19-04350-RLM-13
                                          )
Debtor(s)                                 )
                                          )

### OBJECTION TO AMENDED TRUSTEE'S MOTION TO DISMISS

Comes now the Debtor, Jason Ray Giselbach, by counsel, and objects to the Trustee's Motion to Dismiss and in support whereof shows the Court as follows:

1. Debtor has now submitted a copy of his 2020 federal income tax return to the Chapter 13 Trustee.

2. Debtor is in the process of turning over the required portion of his 2020 federal income tax refund to the Chapter 13 Trustee.

3. Debtor desires to enter into an Agreed Entry to cure any remaining arrears in Trustee payments over the remaining plan life.

4. Counsel for the Debtor is obligated to preserve Debtor's right by setting this matter for a hearing.

WHEREFORE, the Debtor, by counsel, objects to the Trustee's Motion to Dismiss, and requests that the Trustee's Motion to Dismiss be denied.

Respectfully Submitted,

**/s/ Jess M. Smith, III**
Jess M. Smith, III (21468-30)
Tom Scott & Associates, P.C.
Attorneys for Debtor(s)
1701 N. Shadeland Ave., Ste. A
Indianapolis, IN 46219
Phone: (317) 870-3232
Fax: (317) 257-5059
E-mail: bkeast@tomscottlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 6/7/21, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

    Ann M. DeLaney    ECFdelaney@trustee13.com, ecfdelaney@gmail.com

    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I hereby certify that on 6/7/21, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

    Jason Ray Giselbach, 9886 Commonwealth Dr., Fishers, IN 46038

/s/ Jess M. Smith, III
Jess M. Smith, III (21468-30)
Tom Scott & Associates, P.C.
Attorneys for Debtor(s)