UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                            )
JASON RAY GISELBACH,              )     Case No. 19-04350-RLM-13
    DEBTORS.                      )

## AGREED ENTRY

To resolve pending issues between the parties hereto, it is agreed as follows:

The Order Confirming Debtor's Plan, dated May 26, 2020, established a minimum plan base of $15,000.00, subject to increases from the following:

1) Proceeds from Case No. 29D02-1904-CT-003654, Jason Giselbach, et al., vs. William Munder, M.D., et al., Hamilton Superior Court No. 2; and
2) one-half (1/2) of Debtor's federal income tax refunds during the life of the plan commencing with the 2019 federal income tax refund.

Debtor's minimum plan base has increased from $15,000.00 to $31,590.17 as a result of the following:

$15,000.00 (regular monthly payments of $250.00 per month x 60 months);
$10,495.67 (from Case No. 29D02-1904-CT-003644);
 $3,314.50 (1/2 of 2019 federal income tax refund); and
 $2,780.00 (1/2 of 2020 federal income tax refund).
**$31,590.17.**

Debtors has paid a total of $21,582.17 to the Chapter 13 Trustee through the first 23 months of the plan (July 13, 2017-June 12, 2021). Starting June 13, 2021, Debtor shall pay $324.00 per month for the next 1 month of the plan (June 13, 2021-July 12, 2021). Starting July 13, 2021, Debtor shall pay $269.00 per month for the remaining 36 months of the plan ($269.00 x 36 = $9,684.00) until the adjusted minimum plan base of $31,590.17 is met. All other aspects of the prior Order Confirming Debtor's Plan, dated May 26, 2020, shall remain in full force and effect, including the requirement that Debtor's turn over ½ of his federal income tax refunds from the 2021, 2022, & 2023 calendar years which shall further increase the adjusted minimum plan base.

**STIPULATED AND AGREED TO:**

DATE: 7/20/21        _____
                    CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DATE: 7-8-2021       _____
                    DEBTOR'S COUNSEL

DATE: 7/12/21        _____
                    DEBTOR