SO ORDERED: March 7, 2023.



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Jason Ray Giselbach | ) | CASE NO. 19-04350-RLM-13 |
| | ) | |
| (DEBTOR LAST FOUR SSN: 1805) | ) | |
| | ) | |
| DEBTOR(S). | ) | |

ORDER DIRECTED TO EMPLOYER TO
REMIT UNDER WAGE ASSIGNMENT

The Debtor, filing a plan pursuant to Chapter 13 of the Bankruptcy Code, and which plan provides the Debtor's employer, make certain deductions from the earnings of the Debtor, that said deductions be paid to the Trustee, and the Court being duly advised in the premises now finds that in order to facilitate Debtor's plan, the Employer should be ordered and directed to hold funds from the Debtor's wages and remit them to the Trustee.

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** by this Court that TALENT AUTO BODY LLC, Attn: Payroll Dept., 7690 E. 236th Street, Cicero, IN 46034-9806 be and hereby is directed to deduct from the wages of JASON RAY GISELBACH beginning upon receipt of this notice and to continue thereafter until further order of this Court, the sum of SEVENTY DOLLARS and 00/Cents ($70.00) each pay period (WEEKLY) and remit the same to Ann DeLaney, Chapter 13 Trustee, PO Box 250, Memphis, TN 38101-0250.

###